# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID G. JACKSON and DEBRA F. JACKSON, Special Administrator of the Estate of JACOB PAUL JACKSON, Minor Child, Deceased,<br><br>       Plaintiffs,<br><br>  v.<br><br>PFIZER INC., a Delaware Corporation<br>WYETH INC., a Delaware Corporation<br>WYETH PHARMACEUTICALS INC., a Delaware Corporation,<br><br>       Defendants. | CIVIL NO. 8:05CV18<br><br>**ORDER** |

   This matter came on before this Court on the Motion for Order Sealing Certain Supporting Exhibits in support of Motion for Summary Judgment based on Federal Preemption filed by defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. Defendants move the Court for an Order sealing certain supporting Exhibits filed under seal pursuant to Local Rule 7.5, and specifically Exhibit Nos. 11, 14, 33, 34, 38, 39, 41, 43 & 44. *See* Filing No. 42, Index of Exhibits. Defendants have represented to the Court that the plaintiff does not object to this motion. The Court, being fully advised in the premises, finds good cause to grant defendants' Motion.

   IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Exhibit Nos. 11, 14, 33, 34, 38, 39, 41, 43 & 44 filed under seal by defendants in Filing No. 42, Index of Exhibits, shall be kept under seal pursuant to Local Rule 7.5. The Clerk of the District Court shall keep those Exhibits under seal until such further order of this Court.

   Dated this 22nd day of December, 2005.

                                       s/ Joseph F. Bataillon
                                       United States District Court Judge

Prepared and submitted by:

Brien M. Welch - 18192
Cassem, Tierney, Adams, Gotch & Douglas
8805 Indian Hills Drive, Suite 300
Omaha, NE  68114-4070
(402) 390-0300

ATI-2205175v1