IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID G. JACKSON and DEBRA F. JACKSON, Special Administrators of the Estate of JACOB PAUL JACKSON, Minor Child, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER INC., A Delaware Corporation; WYETH INC., A Delaware Corporation; WYETH PHARMACEUTICALS INC., A Delaware Corporation,<br><br>Defendants. | 8:05CV18<br><br>ORDER |

This matter is before the court on the parties' Consent Motion to Stay Discovery and Vacate Amended Final Progression Order Pending Ruling On Dispositive Motions (Filing No. 69). The parties seek a stay of the pending progression order deadlines until after the court resolves the defendants' pending motions for summary judgment (Filing Nos. 39 and 46). The parties state additional discovery would be necessary should the motions be denied. Upon consideration,

**IT IS ORDERED:**

1. The parties' Consent Motion to Stay Discovery and Vacate Amended Final Progression Order Pending Ruling On Dispositive Motions (Filing No. 69) is granted.
2. The telephone conference scheduled for May 1, 2006, the pretrial conference and trial dates are cancelled.
3. Discovery in this case is stayed pending the resolution of the defendants' pending motions for summary judgment (Filing Nos. 39 and 46).
4. The parties shall have **ten (10) days** from the date an order is filed on the currently pending motions for summary judgment (Filing Nos. 39 and 46), in which to reschedule a planning conference with the court, if necessary. Counsel for the plaintiffs shall contact the court within such time period to schedule the planning conference.

DATED this 1st day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge