IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID G. JACKSON and DEBRA F. JACKSON, Special Administrators of the Estate of JACOB PAUL JACKSON, Minor Child, Deceased,<br><br>      Plaintiffs,<br><br>vs.<br><br>PFIZER INC., A Delaware Corporation; WYETH INC., A Delaware Corporation; WYETH PHARMACEUTICALS INC., A Delaware Corporation,<br><br>      Defendants. | 8:05CV18<br><br>ORDER |

This matter is before the court on the parties' Joint Motion to Continue Planning Conference (Filing No. 80). The parties state they are engaged in settlement negotiations and wish to pursue settlement before discovery and trial deadlines are fixed. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion to Continue Planning Conference (Filing No. 80) is granted.

2. The telephone conference scheduled for June 21, 2006, is cancelled until further order of the court.

3. Counsel shall file a joint status report concerning the status of this case **by August 7, 2006**, such report to include counsel's position(s) concerning whether the planning conference should proceed.

DATED this 21st day of June, 2006.

                                                          BY THE COURT:

                                                          s/Thomas D. Thalken
                                                         United States Magistrate Judge