IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID G. JACKSON, and DEBRA F. JACKSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV18 |
| v. | ) ) | |
| PFIZER, INC., WYETH, and WYETH PHARMACEUTICALS, | ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

This matter is before the court on the joint stipulation to dismiss all claims with prejudice signed by all the parties in this action.  Filing No. 91.

THEREFORE, IT IS ORDERED THAT this case is dismissed with prejudice, each party to pay its own costs.

DATED this 2nd day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge